JOHN C. DEFRANCO, ESQ. ISB 4953
ELLSWORTH, KALLAS & DEFRANCO, P.L.L.C.
1031 E. Park Blvd.
Boise, ID 83712
Phone: (208) 336-1843
Fax: (208) 345-8945
E-mail jcd@greyhawklaw.com

Attorney for Defendant – Pavel "Paul" Babichenko

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PAVEL BABICHENKO,<br>GENNADY BABITCHENKO,<br>PIOTR BABICHENKO,<br>TIMOFEY BABICHENKO,<br>KRISTINA BABICHENKO,<br>NATALYA BABICHENKO,<br>DAVID BIBIKOV,<br>ANNA IYERUSALIMENTS,<br>MIKHAIL IYERUSALIMETS,<br>ARTUR PUPKO,<br><br>Defendants. | CASE NO. CR-18-00258-BLW<br><br>**NOTICE OF INTERLOCUTORY APPEAL** |

Defendant, Pavel Babichenko through his attorney, and pursuant to Rules 4(b) & 9(a) of the Federal Rules of Appellate Procedure, gives notice of his interlocutory appeal to the United States Court of Appeals for the Ninth Circuit of this Court's Memorandum Decision & Order

(Dkt. 166) (attached hereto) entered January 31, 2019, in which the Court denied Defendant Pavel Babichenko's Motion for Release Pending Trial (Dkt. 165).

DATED this 2nd day of February 2019.

/s/ John Charles DeFranco

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February 2019, I filed the foregoing electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Katherine L. Horwitz
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
Kate.Horwitz@usdoj.gov

Christian S. Nafzger
Assistant United States Attorney
Office of the United States Attorney
Washington Group Plaza, IV
800 East Park Blvd., Ste. 600
Boise, ID 83712
Christian.Nafzger@usdoj.gov

John DeFranco
1031 E. Park Blvd.
Boise, ID 83712
jcd@greyhawklaw.com
*Attorney for Pavel Babichenko*

Paul E. Riggins
380 South 4th Street, Ste. 104
Boise, ID 83702
rigginslaw@gmail.com
*Attorney for Piotr Babichenko*

Rob S. Lewis
913 W. River Street, Ste. 430
Boise, ID 83702
office@roblewislaw.com
*Attorney for Timofey Babichenko*

Greg S. Silvey
P.O. Box 5501
Boise, ID 83705
greg@idahoappeals.com
*Attorney for Kristina Babichenko*

J.D. Merris
913 W. River Street, Ste. 420
Boise, ID 83702
jmerris@earthlink.net
*Attorney for Natalya Babichenko*

Robyn A. Fyffe
P.O. Box 5681
Boise, ID 83705
robyn@fyffelaw.com
*Attorney for David Bibikov*

S. Richard Rubin
Melissa Winberg
702 W. Idaho Street, Ste. 1000
Boise, ID 83702
dick_rubin@fd.org
melissa_winberg@fd.org
*Attorneys for Anna Iyerusalimets*

Ellen Nichole Smith
P.O. Box 140857
Garden City, ID 83714
ellen@smithhorras.com
*Attorney for Mikhail Iyerusalimets*

Gabriel McCarthy
802 W. Bannock Street, Suite 201
Boise, Idaho 83702
gabe@gabrielmccarthy.com
*Attorney for Artur Pupko*

/s/ John Charles DeFranco